1  Jonathan Herschel Bornstein (SBN 163392)
2  Kathryn Quetel (SBN 167100)
   Law Offices of Bornstein & Bornstein
3  507 Polk Street, Suite 320
   San Francisco, CA  94102-3339
4  Telephone:   (415) 409-7611
5  Facsimile:    (415) 409-9345

6  Attorneys for Plaintiff Ryan M. Gilbert

7

8

9

10                     UNITED DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  - SAN FRANCISCO DIVISION -

13

14

15  RYAN M. GILBERT,                    )  Case Number:  C09-01640 SC
                                        )
16                                      )
         Plaintiff,                     )  STIPULATION   AND   [~~PROPOSED~~]
17                                      )  ORDER   DISMISSING   ACTION
         v.                             )  WITHOUT PREJUDICE.
18                                      )
19  MONEYGRAM   PAYMENT   SYSTEMS,      )
    INC., ET AL.,                       )
20                                      )
                                        )
21       Defendants.                    )
22  _____)

23
    ///
24
    ///
25
    ///
26
    ///
27

28

29

                                      -1-

1       IT IS HEREBY STIPULATED BETWEEN AND AMONG THE PARTIES that the

2   above-entitled action, including all parties and all causes of action, be dismissed without

3

4   prejudice.

5       SO STIPULATED:

6

7

8

9   _____   Dated: _____, 2009
   Jonathan Herschel Bornstein

10   Bornstein & Bornstein

11   Attorneys for Plaintiff Ryan Gilbert

12

13

14

15   _____   Dated: _____, 2009

16   Todd K. Boyer
   Littler Mendelson

17   Attorneys for Defendant

18   MoneyGram Payment Systems, Inc.

19

20   **ORDER**

21

22       On proof having been presented to the satisfaction of the court, it is hereby ordered

23   that the above-entitled action is hereby dismissed as to all parties and all causes of action

24

25   without prejudice.

26

27   Dated: _____4/28_____, 2009

28                  Honorable Samuel S. Presiding

29

IT IS SO ORDERED
Judge Samuel Conti

-2-

Stipulation and Order Dismissing Action Without Prejudice